UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rasheen Gerard Benjamin**            **Docket No. 4:08-CR-73-1FL**

**Petition for Action on Supervised Release**

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rasheen Gerard Benjamin, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Felon in Possession of a Firearm , was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 7, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On April 5, 2017, the defendant's case was reassigned to United States District Judge Louise Wood Flanagan for all further proceedings.

Rasheen Gerard Benjamin was released from custody on July 19, 2019, at which time the term of supervised release commenced.

On August 6, 2020, a violation report was submitted because the defendant tested positive for cocaine. He was allowed to continue on supervision and was referred for a substance abuse assessment. His drug testing was also increased.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 11, 2020, the defendant submitted a drug test which returned positive for cocaine on April 18, 2020. It is the recommendation of the probation office to allow the defendant to continue on supervision, engage in substance abuse treatment, and be placed on a 30 day term of location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Jonathan A. Holmes<br>Jonathan A. Holmes<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 9196104087<br>Executed On: April 29, 2020 |

## ORDER OF THE COURT

Considered and ordered this \_\_\_30th\_\_\_ day of \_\_\_\_April_____, 2020, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge